# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DAVIS WINSTON,** | ) CASE NO. 1:17CV1352 |
| Plaintiff(s), | ) |
| | ) **JUDGE BOYKO** |
| v. | ) |
| | ) |
| **CUYAHOGA METROPOLITAN** | ) |
| **HOUSING AUTHORITY,** | ) |
| | ) |
| Defendant(s). | ) **J U D G M E N T** |

The Court has filed its Opinion and Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                                  s/ Christopher A. Boyko
                                                  CHRISTOPHER A. BOYKO
                                                  UNITED STATES DISTRICT JUDGE

DATED: November 29, 2018